UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: STEPHEN THOMAS YELVERTON,**<br><br>            Debtor. | |
| **STEPHEN THOMAS YELVERTON**<br><br>            Appellant,<br><br>            v.<br><br>**WENDELL W. WEBSTER, et al.,**<br><br>            Appellees. | Case No. 1:13-cv-01544 (CRC)<br><br>Bankruptcy No. 09-00414 |

## ORDER

Petitioner Stephen Thomas Yelverton has filed a motion to stay the effectiveness of the Court's final order in his bankruptcy appeal and for reconsideration of that order.

> A Party who moves for a stay pending appeal bears the burden of showing the balance of four factors weigh in favor of the stay: (1) the likelihood that it will prevail on the merits of the appeal; (2) the likelihood that it will be irreparably harmed absent a stay; (3) the prospect that others will be harmed if the court grants the stay; and (4) the public interest in granting a stay.

People for the American Way Found. v. U.S. Dep't of Educ., 518 F. Supp. 2d 174, 177 (D.D.C. 2007) (citing Cuomo v. U.S. Nuclear Regulatory Comm'n, 772 F.2d 972, 974 (D.C. Cir. 1985)).[1]

For the reasons set forth in the Court's final order, the likelihood of success on the merits of an appeal is low. Yelverton merely reiterates his prior arguments in both motions before the Court. Yelverton has shown no irreparable harm that might arise absent a stay because any theoretical harm absent a stay would be monetary. See, e.g., Spadone v. McHugh, 842 F. Supp. 2d 295, 301 (D.D.C. 2012) ("Monetary injuries alone, even if they are substantial, ordinarily do not constitute

---

[1] Yelverton may not obtain a stay as of right without posting a supersedeas bond. Fed. R. Civ. P. 62(d).

irreparable harm." (citations omitted)).  The other parties to this litigation would be harmed by the continued delay in resolving this case brought on by a stay.  And there is no public interest in the outcome of this case. Thus, Yelverton's motion for a stay will be denied.

The Court also denies Yelverton's motion for reconsideration, both on the merits for the reasons stated in the Court's August 6th Order and, alternatively, because the motion fails to comply with the Court's pre-filing injunction issued the same day.  <u>Opinion and Order</u>, <u>In re Yelverton</u>, 13-1544, Dkt. 19 (D.D.C. Aug. 6, 2014) (requiring leave to file further papers in this Court).

Accordingly, it is hereby

**ORDERED** that [22] Petitioner's Motion to Stay the effectiveness of the Court's final order pending appeal is DENIED.  It is further

**ORDERED** that [24] Petitioner's Motion for Rehearing is DENIED.

**SO ORDERED**


Date:   August 20, 2014

                                                CHRISTOPHER R. COOPER
                                                United States District Judge